IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| SHAUB CONSTRUCTION COMPANY, INC., | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No.: 3:08-0556 ) |
| HARLEYSVILLE MUTUAL INSURANCE COMPANY, | ) JUDGE ECHOLS ) MAGISTRATE JUDGE KNOWLES ) |
| Defendant. | ) |

## AGREED ORDER

It appearing to the Court as evidenced by signatures of counsel below, that all matters by and between the parties have been compromised and settled in full; and,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the above matter be, and is hereby dismissed with prejudice.

**ENTER** this 30th day of October, 2008.

_____
ROBERT L. ECHOLS, DISTRICT JUDGE

APPROVED FOR ENTRY:

**ORTALE KELLEY HERBERT & CRAWFORD**

/s/ Tom Corts

_____
Tom Corts #3486
Third Floor – Noel Place
200 Fourth Avenue, North
P.O. Box 198985
Nashville, Tennessee 37219-8985
(615) 256-9999 Telephone
(615) 726-3261 Facsimile
tcorts@ortalekelley.com
*Attorney for Defendant Harleysville Mutual*
 *Insurance Company*

**SMITH, CASHION & ORR, PLC**


/s/ Jefferson C. Orr

_____
Jefferson C. Orr #12743
231 Third Avenue, North
Nashville, Tennessee 37201-1603
(615) 742-8555 Telephone
(615) 742-8556 Facsimile
jorr@smithcashion.com
*Attorney for Plaintiffs*, *Shaub Construction Company, Inc.*